IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-275-FDW-DCK

| ANNETTE WILLIAMS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| MYLER DISABILITY, LLC, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by G. Gray Wilson, concerning Kyle P. Seelbach on June 15, 2020. Kyle P. Seelbach seeks to appear as counsel *pro hac vice* for Defendant Myler Disability, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Kyle P. Seelbach is hereby admitted *pro hac vice* to represent Defendant Myler Disability, LLC.

Signed: June 15, 2020

David C. Keesler
United States Magistrate Judge