IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-275-FDW-DCK

| | |
|---|---|
| ANNETTE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MYLER DISABILITY, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Ted Lewis Johnson, concerning Avi R. Kaufman, on June 29, 2020. Avi R. Kaufman seeks to appear as counsel *pro hac vice* for Plaintiff Annette Williams, individually and on behalf of all others similarly situated. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Avi R. Kaufman is hereby admitted *pro hac vice* to represent Plaintiff Annette Williams, individually and on behalf of all others similarly situated.

Signed: June 29, 2020

David C. Keesler
United States Magistrate Judge